UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAUL LECLAIR
    Plaintiff,

vs.

HOME DEPOT USA, INC.,
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.

04 11633 RGS

FILED

2004 JUL 22 A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.


## HOME DEPOT USA, INC.'S LOCAL RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

Home Depot U.S.A., Inc. discloses that Home Depot U.S.A., Inc. is a wholly owned subsidiary of "The Home Depot, Inc." The Home Depot, Inc. is a Delaware corporation and is the parent company of Home Depot, U.S.A., Inc. and has owned 100% of the shares of Home Depot U.S.A., Inc. since its inception.

Dated: July 20, 2004

        HOME DEPOT USA, INC.
        By its attorneys,
        CAMPBELL CAMPBELL EDWARDS & CONROY,
        PROFESSIONAL CORPORATION,

        _____
        James M. Campbell (BBO# 541882)
        Kenneth M. Robbins (BBO# 636231)
        One Constitution Plaza
        Boston, MA 02129
        (617) 241-3000

## CERTIFICATE OF SERVICE

I certify that on July 20, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the plaintiff's counsel:

Louis S. Haskell, Esq
Cary P. Gianoulis, Esq.
16 Pine Street
Lowell, MA 01851

_____
Kenneth M. Robbins