UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
                                 *
PAUL LECLAIR,                    *
      Plaintiff                  *
                                 *
V.                               *    CIVIL ACTION NO: 04-11633RGS
                                 *
HOME DEPOT U.S.A., INC.,         *
      Defendant                  *
                                 *
*********************************
```

### PLAINTIFF'S REQUEST FOR A SCHEDULING CONFERENCE

Now comes the Plaintiff, by and through the undersigned attorney, and respectfully requests a Rule 16 Scheduling Conference.

In support of the foregoing, the Plaintiff states as follows:

1. This action arises out of a slip and fall accident that occurred on March 14, 2002.

2. As a result of said accident, the Plaintiff has alleged personal injuries.

3. The Plaintiff filed suit against the Defendant on or about June 25, 2004 in Middlesex Superior Court.

4. The Defendant removed the case to this Court on or about July 20, 2004.

WHEREFORE, the Plaintiff respectfully requests that this matter be scheduled for a Rule 16 **Scheduling Conference**.

Respectfully Submitted,
The Plaintiff, by his
Attorney,

_____
Louis S. Haskell BBO: 550818
Cary P. Gianoulis BBO: 649900
16 Pine Street
Lowell, MA 01851
(978) 459-8359

Date: October 8, 2004

## CERTIFICATE OF SERVICE

I, Cary P. Gianoulis, do hereby certify that on this date, I mailed, first class, postage prepaid, a copy of the foregoing PLAINTIFF'S REQUEST FOR A SCHEDULING CONFERENCE to:

>James M. Campbell, Esq.
>Campbell Campbell Edwards & Conroy
>One Constitution Plaza
>Third Floor
>Boston, MA  02129

_____
Cary P. Gianoulis

Date:  October 8, 2004