UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAUL LECLAIR            *
    Plaintiff,       *
                     *   CIVIL ACTION NO.
vs.                     *
                     *
HOME DEPOT USA, INC.,   *
    Defendant.       *
                     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, this certifies that counsel and an authorized representative of Home Depot USA, Inc., have conferred regarding the following issues:

1. A budget for the cost of litigating this matter through trial or other resolution; and

2. Consideration of alternative forms of dispute resolution at the appropriate time during the case.

Dated: October 25, 2004

Respectfully submitted,

An Authorized Representative of
Home Depot USA, Inc.

Name: Elizabeth Thompson

Title: Litigation Paralegal

Attorneys for Home Depot USA, Inc.

James M. Campbell (BBO# 541882)
Kenneth M. Robbins (BBO# 636231)
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, Massachusetts, 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that I have on October 25, 2004 served a true and correct copy the above document on counsel for all parties by ~~first-class mail~~ hand.

_____
Kenneth M. Robbins