# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

PAUL LE CLAIR

      V.                           CIVIL ACTION NO. 04–11633-RGS

HOME DEPOT

<u>ORDER SETTING CASE FOR TRIAL</u>

STEARNS, DJ.                                   **SEPTEMBER 20, 2005**

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON

<u>MONDAY, JANUARY 23, 2006</u> AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH

MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE JANUARY 17, 2006, COUNSEL SHALL FILE THE FOLLOWING

MATERIALS WITH THE COURT:

1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;

3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

4. A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;

5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;

6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

7. A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

9. In cases to be tried by a jury:

    A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

    B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;

C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u>
EXAMINATION;
D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING
THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
TO BE READ TO THE VENIRE DURING EMPANELMENT.
10. All trial exhibits <u>must</u> be reclaimed by the end of the
first business day following the day of the verdict.  This
policy is <u>strictly enforced by the Court</u> as there is no space
at the Courthouse to store exhibits after a trial has ended.
Exhibits not reclaimed by counsel will be discarded.


COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS
ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.
TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u>
BE TOLERATED.

     SO ORDERED.


            RICHARD G. STEARNS
            UNITED STATES DISTRICT JUDGE

     BY:

            /s/ Mary  H. Johnson
            Deputy Clerk

DATED AT BOSTON:  9-20-05



NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED
TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-
9162.