## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

*********************************
PAUL LECLAIR           *
   Plaintiff,      *
                           *      CIVIL ACTION NO. 04-11633RGS
vs.                    *
                           *
HOME DEPOT USA, INC.,  *
   Defendant.      *
                           *
*********************************

### JOINT MOTION TO CONTINUE DISCOVERY DEADLINES

The parties to the above-captioned case jointly request that the Court permit them to continue the time to complete discovery. Due to scheduling conflicts of witnesses and of counsel, the parties have had to reschedule the remaining fact depositions. The parties are confident that the remaining fact discovery will be complete by November 18, 2005 and request that the Court permit the following adjusted pre-trial deadlines:

    Fact Discovery Complete:    November 18, 2005
    Motions for Summary Judgment    December 16, 2005

HOME DEPOT USA, INC.                PAUL LECLAIR
By its Attorneys,                        By his Attorney,

Brian P. Voke (BBO# 544327)            Cary Gianoulis
Christopher A. Callanan (BBO# 630649)    16 Pine Street
Campbell Campbell Edwards & Conroy, P.C   Lowell, MA 02112
One Constitution Plaza              (978) 459-8359
Boston, MA 02129
(617) 241-3000