UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
PAUL LECLAIR                      *
       Plaintiff,                 *
                                  *    CIVIL ACTION NO. 04-11633RGS
vs.                               *
                                  *
HOME DEPOT USA, INC.,             *
       Defendant.                 *
                                  *
**********************************
```

## HOME DEPOT USA, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Home Depot USA, Inc. ("Home Depot") hereby moves pursuant to Fed. R. Civ. P. 56 for entry of summary judgment in its favor. In support of its motion, Home Depot states that there are no genuine issues of material fact and Home Depot is entitled to judgment as a matter of law because Home Depot owed no duty to Plaintiff Paul LeClair to warn him of open and obvious hazards. The grounds for Home Depot's motion are fully set forth in the attached Memorandum of Law in Support of Home Depot U.S.A., Inc.'s Motion for Summary Judgment and the undisputed facts are set forth in the incorporated Local Rule 56.1 Concise Statement of Material Facts.

HOME DEPOT USA, INC.,
By its Attorneys,

_____
Brian P. Voke (BBO # 544327)
Christopher A. Callanan (BBO # 630649)
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
12-21-06

# CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document was served upon the following counsel of record by ~~Federal Express on~~ December __21__, 2005. *First-class mail postage prepaid and via the ECF email system*

Cary P. Gianoulis, Esq.
Law Offices of Louis S. Haskell
16 Pine Street
Lowell, MA 01851

_____
Christopher A. Callanan