UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************
                                 *
PAUL LECLAIR,                    *
     Plaintiff                   *
                                 *
V.                               *     CIVIL ACTION NO: 04-11633RGS
                                 *
HOME DEPOT U.S.A., INC.,         *
     Defendant                   *
                                 *
*********************************

## JOINT MOTION TO CONTINUE TRIAL AND REOPEN DISCOVERY

Now comes the parties, by and through the undersigned attorneys, and respectfully request that the January 23, 2006 trial date be continued and discovery reopened for a short period.

In support of the foregoing, the parties state as follows:

1. A key witness was unavailable and could not be deposed until early this month. At the deposition of this witness, testimony was offered that may lead to eyewitnesses to the slip and fall which is the basis of this Complaint. The parties foresee several more depositions concerning this issue.

2. The parties assure the Court all discovery will be completed by, no later than, April 1, 2006.

WHEREFORE, the parties respectfully request that the January 23, 2006 trial date be continued and discovery reopened for a short period.

Respectfully Submitted,                  Respectfully Submitted,
The Plaintiff, by his                    The Defendant, by its
Attorney,                                Attorney

_____          _____
Louis S. Haskell BBO: 550818             Brian P. Voke BBO: 544327
Cary P. Gianoulis BBO: 649900            Christopher A. Callanan BBO: 630649
16 Pine Street                           Campbell Campbell Edwards & Conroy
Lowell, MA 01851                         One Constitution Plaza
(978) 459-8359                           Boston, MA 02129
                                         (617) 241-3000

Date: December 27, 2005