UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                    \*
PAUL LECLAIR,                       \*
    Plaintiff                       \*
                                    \*
V.                                  \*   CIVIL ACTION NO: 04-11633RGS
                                    \*
HOME DEPOT U.S.A., INC.,            \*
    Defendant                       \*
                                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Paul LeClair, and respectfully requests that this Court deny the Defendant's Motion for Summary Judgment Pursuant to Rule 56.

As grounds for said opposition, the Plaintiff states that there **ARE GENUINE ISSUES OF FACT** and **the Defendant is NOT ENTITLED TO JUDGMENT AS A MATTER OF LAW.**

In support of this opposition, the Plaintiff submits the attached Memorandum.

Respectfully Submitted,
The Plaintiff, by his Attorney,

Louis S. Haskell BBO: 550818
Cary P. Gianoulis BBO: 649900
16 Pine Street
Lowell, MA 01851
(978) 459-8359

Dated: January 6, 2006