## CERTIFICATE OF SERVICE

I, Cary P. Gianoulis, hereby certify that this day a true and exact copy of **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** and **MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was forwarded to all counsel of record as follows, via first class mail, postage prepaid and ECF:

> James M. Campbell, Esq.
> Campbell Campbell Edwards & Conroy
> One Constitution Plaza
> Third Floor
> Boston, MA  02129

Cary P. Gianoulis, Esq.

Dated: January 6, 2006