UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************
PAUL LECLAIR                        *
    Plaintiff,                      *
                                    *   CIVIL ACTION NO. 1:04-CV-11633-RGS
vs.                                 *
                                    *
HOME DEPOT USA, INC.,               *
    Defendant.                      *
                                    *
*************************************

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher A. Callanan of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Home Depot USA, Inc.

HOME DEPOT USA, INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS
& CONROY, PROFESSIONAL
CORPORATION,

_____
James M. Campbell (BBO# 541882)
Brian P. Voke (BBO# 544327)
Christopher A. Callanan (BBO# 630649)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000