UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
PAUL LECLAIR                    *
     Plaintiff,                 *
                                *       CIVIL ACTION NO. 1:04-CV-11633-RGS
vs.                             *
                                *
HOME DEPOT USA, INC.,           *
     Defendant.                 *
                                *
*************************************
```

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Kenneth M. Robbins of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Home Depot USA, Inc.

HOME DEPOT USA, INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS
& CONROY, PROFESSIONAL
CORPORATION,

_____
James M. Campbell (BBO# 541882)
Brian P. Voke (BBO# 544327)
Christopher A. Callanan (BBO# 630649)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000