UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PAUL LECLAIR                         *
    Plaintiff,                    *
                                     *     CIVIL ACTION NO. 04-11633RGS
vs.                                  *
                                     *
HOME DEPOT USA, INC.,                *
    Defendant.                    *
                                     *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION FOR ORDER OF REFERENCE TO MEDIATION

Pursuant to Local Rule 16.4(4)(a), the plaintiff, Paul LeClair, and the defendant, Home Depot U.S.A., Inc., hereby move this Court for an Order of Reference referring this case to the mediation services provided by the United States District Court for the District of Massachusetts Alternative Dispute Resolution Program. Both the plaintiff and the defendant agree that mediation will assist the parties to assess settlement alternatives and may lead to resolution of the case. Therefore, the parties respectfully request that the Court enter an Order of Reference in this personal injury premises liability matter.

| HOME DEPOT USA, INC. | PAUL LECLAIR |
| --- | --- |
| By its Attorneys, | By his Attorneys, |
| Brian P. Voke, BBO # 544327 | Louis Haskell, BBO # 550818 |
| Christopher A. Callanan, BBO # 630649 | Cary Gianoulis, BBO # 649900 |
| Campbell Campbell Edwards & Conroy, P.C. | Law Office of Louis S. Haskell |
| One Constitution Plaza | 16 Pine Street |
| Boston, MA 02129 | Lowell, MA 02112 |
| (617) 241-3000 | (978) 459-8359 |

## CERTIFICATE OF SERVICE

      I, Christopher A. Callanan, hereby certify that I have on this date, April 11, 2006, served a true and correct copy the above document on counsel for the plaintiff via e-filing and by mail.

Louis Haskell, Esq.
Cary Gianoulis, Esq.
Law Office of Louis S. Haskell
16 Pine Street
Lowell, MA  02112

                                                _____
                                                Christopher A. Callanan