# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_Paul LeClair_
Plaintiff(s)

v.

_Home Depot_
Defendant(s)

CIVIL ACTION NO. 04-11633-RGS

### ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _ADR Program_ for the following ADR program:

____ EARLY NEUTRAL EVALUATION    ✓ MEDIATION
____ MINI-TRIAL    ____ SUMMARY JURY TRIAL
____ SETTLEMENT CONFERENCE    ____ SPECIAL MASTER
____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_4-11-06_
DATE

_Richard D. Stearns_
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ✓ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | ____ | | |

(adrref1.ord - 4/28/94)    [orefadr.]