## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

PAUL LE CLAIR

    V.                              CIVIL ACTION NO. 04-11633-RGS

HOME DEPOT.

# O R D E R

**STEARNS, DJ.**                                      **JANUARY 17, 2007**

THIS COURT IS SITTING AT THE U. S. DISTRICT COURTHOUSE IN SPRINGFIELD, MA BY DESIGNATION, IN FEBRUARY, 2007. THEREFORE, THE JURY TRIAL CURRENTLY SCHEDULED TO COMMENCE IN THE ABOVE-CAPTIONED ACTION ON MONDAY, FEBRUARY 5, 2007 WILL BE HELD IN SPRINGFIELD, MA. COUNSEL SHALL REPORT TO COURTROOM #2, 5TH FLOOR, U. S. COURTHOUSE, 1550 MAIN ST., SPRINGFIELD, MA. THE TRIAL SESSION WILL RUN DAILY FROM 9:00 A.M. TO 4:00 P.M., WITH A ONE-HOUR LUNCH BREAK FROM 1:00 P.M. TO 2:00 P.M.

A "FINAL PRE-TRIAL CONFERENCE" WILL BE HELD IN BOSTON AT THE JOHN J. MOAKLEY U. S. COURTHOUSE, COURTROOM #21, 7TH FLOOR, ON THURSDAY, FEBRUARY 1, 2007 AT 3:45 P.M.

SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

      BY:

                              **/s/ Mary H. Johnson**
                              **Deputy Clerk**

Case 1:04-cv-11633-RGS    Document 22    Filed 01/17/2007    Page 2 of 2