UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN
OPEN COURT
2/15/07

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAUL LECLAIR | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \* CIVIL ACTION NO. 04-11633 RGS |
| | \* |
| HOME DEPOT USA, INC., | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) the parties to the above-captioned case stipulate that it be dismissed with prejudice and without cost to any party.

HOME DEPOT USA, INC.
By its Attorneys,

_____
Brian P. Voke (BBO# 544327)
Christopher A. Callanan (BBO# 630649)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

PAUL LECLAIR
By his Attorney,

_____
Cary Gianoulis (BBO# 550818)
16 Pine Street
Lowell, MA 02112
(978) 459-8359
Louis S. Haskell - BBO 550818